Sept. 14, 2015

Daniel Vasquez Dominguez
TDCJ-ID# 1355966
Neal Unit
9055 Spur 591
Amarillo, Texas 79107

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308 Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 21 2015
Abel Acosta, Clerk

PD-0346-15

RE: Redrawn Petition For Discretionary Review
     Supplement of Documents for Petition

FILED IN
COURT OF CRIMINAL APPEALS
SEP 23 2015
Abel Acosta, Clerk

Dear Clerk:

Enclosed please find petitioner's copies of documents for perfecting his petition for discretionary review: (1) The 11TH Court of Appeals ruling by John M. Bailey, (2) Petitioner's seperate Exhibits 1,2,3. The reason for these seperate exhibits is because appointed attorney Mr. Alex Eyssen did not provide adequate court records of any sort to provide the Court cite of pages from the record. Please provide all copies to the Court and explain the lack of assistance from appointed attorney.
Your assistance is greatly appreciated in this legal matter.

                              Sincerely,
                    Daniel Vasquez Dominguez, prose
                    TDCJ-ID# 1355966

(1)

testing. *See Reger v. State*, 222 S.W.3d 510, 512–13 (Tex. App.—Fort Worth 2007, pet. ref'd); *Hooks v. State*, 203 S.W.3d 861, 866 (Tex. App.—Texarkana 2006, pet. ref'd). Accordingly, we do not entertain Appellant's challenges to his original conviction.

For the foregoing reasons, we overrule Appellant's three issues challenging the district court's decision to deny his request for DNA testing and his request for the appointment of new counsel.

### *This Court's Ruling*

We affirm the order of the trial court.

JOHN M. BAILEY
JUSTICE

February 27, 2015

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

## Seperate Exhibits

1. Appointed Attorney's letter from:
   <u>Mr. Alex Eysson</u>

2. Exculpatory Evidence Report from:
   Texas Dept. of Protective and Regulatory Services —
   — Abilene Police Dept;
   (Lead Detectives) <u>David Atkins</u> and <u>Cynthia Asbury</u>
   — Child Protective Services;
   (Expert Examiners) <u>B.J. Mayben</u>, <u>Norma Campbell</u> and
   Supervisor <u>Larry Dudley</u>

3. Judge's Order Appointed Counsel from:
   Honorable Judge, <u>Lee Hamilton</u>

## Declaration Statement

I Daniel Vasquez Dominguez, TDCJ# 1359966 declare
that all documents for Seperate Exhibits 1-3
are athentic documents, I declare under penalty
of perjury that the foregoing exhibits are true
and correct.

Signed on September <u>14</u>, 2015.

<u>Daniel Vasquez Dominguez</u>
TDCJ-ID# 1359966, prose
petitioner's signature

(i)

Exhibit-# 1

# LAW OFFICES OF ALEX B. EYSSEN, PLLC
### POST OFFICE BOX 3321
### ABILENE, TEXAS 79604
### WWW.EYSSENLAW.COM

ALEX B. EYSSEN
ALEX@EYSSENLAW.COM

TELEPHONE: (325) 267-6030
FACSIMILE: (325) 267-6031

August 28, 2012

Daniel Dominguez #1355966
Nathaniel Neal Unit
9055 Spur 591
Amarillo, Texas 79107

  Re: Cause No. 13674-B; State of Texas vs. Daniel Dominguez

Dear Mr. Dominguez:

  I am in receipt of your letter dated August 20, 2012. Please be advised that it is not my custom or typical practice to respond to each and every letter I receive from my clients. Rather, I generally respond if and when there is an update.

  The issue we are facing is (1) whether any DNA evidence exists that is in possession of the State and (2) whether any DNA evidence exists from another case.

  First, I have requested an official response from the District Attorney. I have been told that the District Attorney is preparing a response to our request to determine whether any DNA evidence was taken, preserved, and available for testing. I expect a written response any day. In speaking with the Assistant District Attorney regarding this matter, I anticipate the response will be to the effect that no DNA evidence exists. As soon I as receive a response, I will let you know. Given that over 60 days has passed for the State to respond, I will file a Motion requiring the State to respond if none is received within the next couple of days.

  Second, I have requested that I be permitted to inspect the file related to Cause 5034-CX. That case file is considered a "closed" file. Thus, I have to obtain permission from the 326th District Court in order to inspect said file. Prior to being permitted to review the file, the District Judge first has to review the file and then contact the parties involved to allow them the opportunity to object. This includes the "victim". The Judge will let me know if and when I can inspect the file. I fully anticipate the Court will allow me to inspect the file, however, if access is denied, then we can discuss our other remedies to gain access to the information contained therein.

  In addition, I have obtained and reviewed your entire Court file regarding Cause No. 13674-B. For your convenience, I have enclosed a copy herein.

---

ABILENE OFFICE
802 MULBERRY
ABILENE, TEXAS 79601

ANSON OFFICE
311 N. COMMERCIAL
ANSON, TEXAS 79501

In addition, I should inform you that on October 1, 2012, I will be closing my law practice. I have accepted a full –time position with a long time client. That job begins in October. I will continue to act as your attorney until the Court appoints you another attorney. On Friday, September 21st at 4 p.m., the Court will determine who will assume the responsibilities of handling my court appointed'cases, such as yours. My goal is to continue to work on your case in the meantime so as to not cause any delay. In addition, once a new attorney is appointed, I will coordinate and cooperate with that person to facilitate the transition.

I will keep you advised of any updates.

Very truly yours,

Alex B. Eyssen

Exhibit-2

CAUSE NO. 5034-CX

FILED
2001 MAR 7 PM 3 50
PATRICIA HENDERSON
DISTRICT CLERK
TAYLOR COUNTY, TEXAS
BY _____ DEPUTY

| IN THE INTEREST OF | § | IN THE DISTRICT COURT OF |
| | § | |
| DIANA FLORES, | § | TAYLOR COUNTY, TEXAS |
| | § | |
| CHILD | § | 326TH JUDICIAL DISTRICT |

## PERMANENCY PLAN AND
## PERMANENCY PROGRESS REPORT

The Texas Department of Protective and Regulatory Services presents this report to the Court to enable the court to review both the permanency plan for the children the subject of this suit and the progress that has been made toward ensuring that a final order consistent with this plan is rendered before the date for dismissal of the suit.

The Department was appointed Temporary Sole Managing Conservator of the children on May 22, 2000. The children came into conservatorship for the following reasons:

[who?]

Diana Flores made an outcry that her stepfather, Daniel Dominguez raped her four times. Initially the investigator asked the mother to allow Diana to live with her grandmother until the investigation was completed. Mother and stepfather did not want her to be away from home so the child was removed from the home. Daniel Dominguez was arrested and Diana was allowed to go back to the home to complete summer school. Diana was to have no contact at all with Mr. Dominguez and she would be removed if he got out of jail and moved back home.

1. **SUBJECT CHILDREN**

| NAME OF CHILD | DATE OF BIRTH | TYPE OF CURRENT PLACEMENT |
|---|---|---|
| DIANA FLORES | 11/09/85 | OWN HOME |

2. **PERSONS RECEIVING THIS REPORT**

FATHER:    Deceased

MOTHER:
Maria Flores
873 Sycamore St.
Abilene, TX 79602

[Exhibit-2]

ATTORNEY FOR PETITIONER:

**Assistant District Attorney**
**Glenna Cordray**
**300 Oak St.**
**Abilene, Texas 79602**

ATTORNEY AD LITEM FOR THE CHILD:
**Stanley Smith**
**Attorney at Law**
**P. O. Box 3579**
**Abilene, Texas 79604**

ATTORNEY GARDIAN AD LITEM FOR CHILD
**Shane Deel**
**Attorney at Law**
**1057 S. 3rd**
**Abilene, Texas 79602**

A COPY HAS ALSO BEEN PROVIDED TO THE FOSTER PARENT OR DIRECTOR OF GROUP HOME OR INSTITUTION WHERE EACH CHILD IS RESIDING

3.   RECOMMENDATION FOR DISMISSAL OR CONTINUATION OF SUIT

The Department recommends that this suit be continued. The Court:
☐   has not yet set a dismissal date for this suit, and the Department recommends that the date for dismissal of this suit be_____.

☒   has previously set the dismissal date for this suit as   May 28, 2001   , which is consistent with the current permanency plan.

☐   has previously set the dismissal date for this suit as _____, which is not consistent with the current permanency plan. The Court has not yet granted a dismissal extension under TFC § 263.401 and the Department recommends that a new dismissal date be set for _____.

An extension of the date for dismissal of this suit under TFC § 263.401, has not been previously granted in this case.

4.   SERVICE

All parties have been served.

5.    COMPLIANCE WITH TEMPORARY ORDERS AND WITH THE SERVICE
PLAN

5.1    SUMMARY OF ACTIONS TO BE ACCOMPLISHED BY
PARENTS

Maria and Diana Flores were to have a psychological evaluation.
Home studies were to be done on family members interested in having
Diana live with them. Maria, Diana, Cindy and Melinda will all
participate in individual counseling and family therapy as necessary.

5.2    EVALUATION OF COMPLIANCE

Maria and Diana have both had psychological evaluations. Home
studies were ordered on Maria's grandmother, but the grandmother
would miss her appointments and did not cooperate with the worker
doing the home study. They all attended counseling until B.J.
Mayben dismissed Cindy and Melinda from care and later dismissed
Maria. Diana continued counseling until B.J. Mayben dismissed her
because she would not discuss the sexual abuse. Each time the
counselor tried to get her to work through the problem of the sexual
abuse, she would change the subject. Diana told worker that her
mother and sisters did not try to influence her in regard to the court
case. However, Diana refused to testify and told this worker that she
did not want to see Daniel Dominguez go to jail because it would upset
her mother and sisters. Maria, Cindy and Melinda have telephone
calls with Mr. Dominguez. Diana has no contact whatsoever with Mr.
Dominguez.

Evidence → Diana Flores is pregnant and due the first of June. She has prenatal
care.

5.3    SUMMARY AND EVALUATION OF ACTIONS TAKEN BY THE
DEPARTMENT PURSUANT TO COURT ORDERS AND THE
SERVICE PLAN, INCLUDING REASONABLE EFFORTS TO
PURSUE THE PERMANENCY PLAN FOR THE CHILDREN.

The Department has arranged and paid for psychological evaluations
for both Diana and Maria Flores. The Department has arranged and

paid for counseling for Diana and Maria Flores and Cindy and Melinda Dominguez. Maria Flores has not completed parenting classes as ordered by the court but has discussed parenting issues with therapist.

### 5.4 PROGRESS MADE TOWARD ALLEVIATING OR MITIGATING THE CAUSES FOR THE CHILDREN'S REMOVAL FROM THE HOME

Daniel Dominguez received six years probation and is now currently living with his sister at 3649 Swenson her in Abilene. There is still a protective order in affect where Mr. Dominguez is not to go within 200 yards of the house at 873 Sycamore or the children's schools. Maria states that she will not allow him to move back into the home. Maria and Diana have attended counseling. This worker has not seen any discourse between the mother and Diana or Diana and her sisters.

## 6. EVALUATION OF THE CHILDREN'S CURRENT PLACEMENT

### 6.1 PLACEMENT HISTORY

| Name | Type of placement | Date placed |
|------|-------------------|-------------|
| Diana Flores | Basic Care foster home | 05/22/00 |
| Diana Flores | Home | 06/21/00 |

### 6.2 APPROPRIATENESS AND SAFETY OF CURRENT PLACEMENT AND PROGRESS IN MEETING CHILD'S NEEDS

Diana is in the most appropriate placement, her home. It is safe as long as Daniel Dominguez does not return home.

### 6.22 Least Restrictiveness

The placement is the least restrictive because she is placed in the home with her mother and sisters.

### 6.222 APPROPRIATENESS OF ANY INSTITUTIONAL PLACEMENT
N/A

### 6.23 Close Proximity

N/A

6.232 APPROPRIATENESS OF ANY OUT-OF-STATE PLACEMENT

N/A

6.3 CONTINUED NEED FOR PLACEMENT IN SUBSTITUTE CARE
N/A

7. DESCRIPTION OF THE CHILD'S CURRENT PERMANENCY PLAN(S)

The permanency plan for the child is:

☒ Family Reunification

☐ Permanent Placement with Relative
    ☐ Transfer of Conservatorship
    ☐ Adoption

☐ Permanent Placement with Non-Relative
    ☐ Transfer of Conservatorship
    ☐ Adoption

☐ Foster care with long term commitment from foster family or facility

☐ Foster care with no long term commitment from foster family or facility

☐ Other living arrangement:
    [describe]

☐ Independent Living (child will be able to live on his or her own and successfully manage his or her personal affairs.)

☐ Long Term Care in Adulthood (placement in an institution as an adult due to a disability)
    ☐ with guardianship
    ☐ without guardianship

The approximate date for the achievement of this permanency plan – child is currently living in the home.

8.  PLANS, SERVICES, AND FURTHER TEMPORARY ORDERS NEEDED TO MEET THE CHILD'S NEEDS FOR SAFETY AND PERMANENCY AND TO ENSURE AN APPROPRIATE FINAL ORDER

    8.1  IF THE PLAN IS REUNIFICATION, THE STEPS TO BE TAKEN TO HAVE THE CHILD RETURN HOME AND REACH A LEGAL RESOLUTION REGARDING THE CASE.

    **Diana is currently living with her mother. Daniel Dominguez received six years probation and is currently living with his sister at 3649 Swenson.**

    8.5  ADDITIONAL SERVICES AND ORDERS RECOMMENDED
         N/A

RESPECTFULLY SUBMITTED BY:

_Norma Campbell_                     3-6-01
Norma Campbell                       DATE

_____                    3-6-01
SUPERVISOR                           DATE

# FAMILY SERVICE PLAN
## Cover Sheet II: Family Preservation

### IDENTIFYING INFORMATION

| Name(s) of Parents | Date of Participation | Date Plan Completed |
|---|---|---|
| Maria Flores , Daniel Vasquez Dominguez | 2/21/2001 | 3/5/2001 |

| Child(ren)'s Name(s) | Month/Year of Next Review |
|---|---|
| Diana Flores , Melinda Dominguez , Cindy Dominguez | 6/2001 |

### PURPOSE OF THIS PLAN

[text obscured/redacted]

### EVALUATION OF PROGRESS

CPS will evaluate your progress with you on the basis of :
- your successful achievement of the goals stated in this plan;
- your successful completion of the tasks in this plan; and
- your ability to provide for the ongoing safety and well-being of your children

Information for this evaluation may come from any of the following sources:
- you and members of your family;
- CPS staff who have worked with you;
- the initial report or future reports of child abuse or neglect; and
- other agencies, individuals, and community professionals

**Parents' Comments:**

**Contact Person - For information about your children, please contact**

| Name of Contact Person | Telephone |
|---|---|
| Norma Jean Campbell | (915) 691-8117 Ext |

_____  _____  _Norma Campbell_  _3-6-01_
Signature - Parent          Date        Signature - Worker        Date

_____  _____  _Larry Lindley_  _3-6-0_
Signature - Parent          Date        Signature - Supervisor      Date

If the parents did not participate in developing this plan, explain:

Date CPS gave or mailed a copy of this plan to the parents:

# FAMILY SERVICE PLAN

## YOUR RIGHT TO REQUEST A REVIEW

You may request a review of this plan at any time. You may also request an administrative review or a fair hearing if CPS denies, reduces, or terminates protective services that you have requested, or does not act promptly on your request for protective services.

# FAMILY SERVICE PLAN
### Family Problems, Strengths, and Changes Needed

### LIST THE REASONS FOR CPS INVOLVEMENT:

Diana Flores was sexually abused by her stepfather, Daniel Dominguez. Maria Flores did not provide protection for her daughter which resulted in her removal. Mr. Dominguez was arrested, and Diana was returned to the mother's care.

### LIST THE UNDERLYING PROBLEMS CONTRIBUTING TO THE RISK OF ABUSE OR NEGLECT:

- Diana Flores is young and irresponsible.
- Parent did not protect the child from abuse.

### LIST THE FAMILY STRENGTHS AND RESOURCES:

The family has been cooperative with services and worker since Mr. Dominguez was arrested. Maria Flores has employment. There is extended family support. The mother appears to love her children, and they are bonded.

### SERVICE-PLAN GOALS CHANGES NEEDED TO REDUCE RISK
What specific behavior(s) and condition(s) will demonstrate that the problems contribution to risk have been satisfactorily addressed and that the risk has been reduced?

- Maria Flores will see that Diana follows medical advice regarding her pregnancy. She will make sure that Diana is enrolled in WIC and follows her prenatal instructions from the doctor.
- Parent will demonstrate the ability to protect child from future abuse, and will show concern for child's future safety.

### EMERGENCY CONDITIONS

PRS has determined that one of the following emergency conditions continues to exist for this case and, therefore, services continue to be necessary:

1) A child is at risk of abuse or neglect, as determined by PRS;
2) A child has been removed from his/her home and placed in PRS care; or
3) A child formerly in PRS care is at-risk of being returned to PRS care.

### Tasks and Services for the Family

# FAMILY SERVICE PLAN

**Goal Description:**
Parent will demonstrate the ability to protect child from future abuse, and will show concern for child's future safety.

| Family Task | CPS/Other Service |
|---|---|
| Cooperate<br><br>Maria will cooperate with the Protective Order and she will not allow Daniel Dominguez to come to the house at 823 Sycamore or take Diane anywhere Daniel Dominguez is present. | Discuss with family<br><br>Worker will discuss with the family the consequences if Daniel Domingues breaks the Protective Order. |
| Court Ordered: Yes | Court Ordered: Yes |
| Beginning and Ending Dates (and/or Frequency)<br>03/01 to 06/01 | Beginning and Ending Date (and/or Frequency)<br>03/01 to 06/01 |
| Method of Evaluation:<br>Discussion with family | |

**Goal Description:**
Parent will demonstrate the ability to protect child from future abuse, and will show concern for child's future safety.

| Family Task | CPS/Other Service |
|---|---|
| Cooperate<br><br>Maria Flores will not allow any contact of any kind between Daniel Dominguez and Diana Flores, including phone calls or letters. Maria Flores will not allow Daniel Dominguez to live in the same home with Diana Flores. She will report to CPS if Daniel Dominguez breaks the Protective Order. | Monitor and support<br><br>Worker will monitor the home for compliance and support the family. |
| Court Ordered: Yes | Court Ordered: No |
| Beginning and Ending Dates (and/or Frequency)<br>03/01 to 06/01 | Beginning and Ending Date (and/or Frequency)<br>03/01 to 06/01 |
| Method of Evaluation:<br>Monitoring in the home and discussion with family | |

**Goal Description:**
Maria Flores will see that Diana follows medical advice regarding her pregnancy. She will make sure that Diana is enrolled in WIC and follows her prenatal instructions from the doctor.

| Family Task | CPS/Other Service |
|---|---|
| Get medical help<br><br>Maria Flores will see that Diana Flores has medical help through out her pregnancy. | Discuss with family<br><br>Worker will discuss with the family the different programs that Diana can access to help her through her pregnancy. |
| Court Ordered: No | Court Ordered: No |
| Beginning and Ending Dates (and/or Frequency)<br>03/01 to 06/01 | Beginning and Ending Date (and/or Frequency)<br>03/01 to 06/01 |
| Method of Evaluation:<br>contact with the doctor | |

Exhibit #3

Cause No: 13674-B

The State of Texas      §    In The District Court

v.      §

Daniel Vasquez Dominguez    §    104th Judicial District

TDCJ# 1355966      Taylor County, Texas

FILED

PATRICIA HENDERSON
DISTRICT CLERK
TAYLOR COUNTY, TEXAS
DEPUTY

## Order Appointing Counsel

Came on this day for consideration, Defendant's request for appointment of counsel to assist him in obtaining DNA testing pursuant to Article 64.01 (c), Code of Criminal Procedure. The Court has reviewed the request and affidavit of indegency in this legal matter and it is hereby;

Ordered that an attorney shall be appointed to represent Defendant pursuant to Article 64.01(c), Code of Criminal Procedure. Accordingly, the following attorney is hereby appointed and instructed to contact his/her client regarding this matter: _Alex Eyssen_, Address, _P.O.Box 1600, Abilene, TX 79604_

It is further ordered that a copy of this Order shall be sent to Defendant by the Clerk of this Court.

_Lou Hamilton_
Judge Presiding

(3.)